# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re: Elias Garcia & Damaris Lopez

Case No: 13-25511-AJC
Chapter 13

_____    Debtors    _____/

## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN
## ON REAL PROPERTY

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of Wells Fargo Bank (the "Lender"). Lender holds a mortgage recorded on 12/01/2007 at OR Book 26077 Page 4925 in the official records of Miami-Dade County, Florida.

2. The real property is located at 5280 SW 7th Street, Miami, FL 33134, and is more particularly described as follows: 6 54 41 HAZELTON PARK PB 42-52 LOT 2 BLK 5 LOT SIZE 57.000 X 103 OR 19113-2408 05 2000 1 OR 19113-2408 0500 00.

3.  At the time of the filing of this case, the value of the real property is $150,000.00 as determined by Private Appraisal (herein Attached as Exhibit "A").

4.  Citimortgage Inc hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $157,283.57.

5.  *(Select only one):*

    X  Lender's collateral consists solely of the debtor's principal residence.  As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

    ___  Lender's collateral is not solely the debtor's principal residence.  After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property.  Accordingly, the value of Lender's secured interest in the real property is $ _____ and the value of the Lender's unsecured, deficiency claim is $ _____.

6.  The undersigned reviewed the docket and claims register and states (select only one):

    ___  Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

    or

    X  Lender filed a proof of claim in this case.  It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7.  The subject real property may not be sold or refinanced without proper notice and further order of the court.

    **WHEREFORE,** the debtor respectfully requests an order of the Court  (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1.    In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2.    The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

RM032812

PMR APPRAISALS INC

APPRAISAL OF



A SINGLE FAMILY RESIDENCE

LOCATION      : 5280 SW 7TH ST
              MIAMI                          FL          33134

LENDER/CLIENT : PRIVATE
              5280 SW 7TH ST

AS OF DATE    : 03/27/12

APPRAISER     : Ruben Martinez

SUPERVISORY
APPRAISER     :

Exhibit "A"

PMR APPRAISALS INC
2901 SW 187TH TERRACE
MIRAMAR FL 33029
RUBEN MARTINEZ RD 7194

PMR APPRAISALS INC
2901 SW 187TH TERRACE
MIRAMAR FL 33029
RUBEN MARTINEZ RD 7194

PRIVATE
5280 SW 7TH ST

TO WHOM MAY CONCERN

In accordance with your request, I have personally
inspected and appraised the property located at:

5280 SW 7TH ST
MIAMI                              FL            33134

The purpose of the appraisal was to estimate the market
value of the property, as improved, in unencumbered fee
simple title of ownership.

The subject property consists of:

      7   Rooms
      3   Bedrooms
      2   Bath(s)

The    RANCH    style residence contains    1,386    square feet of
Gross Living Area.

It is my opinion that the estimated market value of the
property as of        03/27/12     is $    148,000    .

The above information has been automatically extracted
from the appraisal and inserted in this cover page.

Respectfully submitted,

Ruben Martinez

## * * * I N V O I C E * * *

PMR APPRAISALS INC
2901 SW 187TH TERRACE
MIRAMAR FL 33029
RUBEN MARTINEZ RD 7194

Invoice #:  RM032812

Date Invoice  03/27/12

Terms:

Date Due:

To:  PRIVATE
5280 SW 7TH ST

Borrower: GARCIAS & LOPEZ

For Property located at

5280 SW 7TH ST
MIAMI                          FL          33134

Fee: $                  250

THANK FOR YOU BUSINESS

Remittance Copy

Please remit payment to:  PMR APPRAISALS INC
2901 SW 187TH TERRACE
MIRAMAR FL 33029
RUBEN MARTINEZ RD 7194

Invoice #:      RM032812

File #:      RM032812

Total Amount Due:          $ PAID

Amount Remitted (if different)  $

PMR APPRAISALS INC

## Uniform Residential Appraisal Report

**FannieMae**

File # RM032812

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| Field | Value |
|---|---|
| Property Address | 5280 SW 7TH ST   City MIAMI   State FL   Zip Code 33134 |
| Borrower GARCIAS & LOPEZ | Owner of Public Record GARCIAS & LOPEZ   County MIAMI-DADE |
| Legal Description | 6 54 41 HAZELTON PARK PB 42-52 LOT 2 BLK 5 LOT SIZE 57 X 103 |
| Assessor's Parcel # 01-4106-002-0420 | Tax Year 2011   R.E. Taxes $ 2,300.89 |
| Neighborhood Name HAZELTON PARK | Map Reference TRS: 54-41-06   Census Tract 58.01 |

Occupant  [X] Owner  [ ] Tenant  [ ] Vacant   Special Assessments $    [ ] PUD   HOA $ N/A   [ ] per year  [ ] per month
Property Rights Appraised  [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)
Assignment Type  [ ] Purchase Transaction  [ ] Refinance Transaction  [X] Other (describe) MARKET VALUE
Lender/Client PRIVATE   Address 5280 SW 7TH ST   MIAMI   FL   33134
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [ ] Yes  [X] No
Report data source(s) used, offering price(s), and date(s) PUBLIC RECORDS /MLS

**CONTRACT**

[ ] I did  [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. NOT APPLICABLE

Contract Price $    Date of Contract    Is the property seller the owner of public record?  [ ] Yes  [ ] No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  [ ] Yes  [ ] No
If Yes, report the total dollar amount and describe the items to be paid

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE | AGE | One-Unit 80 % | |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | $ (000) | (yrs) | 2-4 Unit 5 % | |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 110 Low 25 | | Multi-Family 5 % | |
| Neighborhood Boundaries LOCATED SOUTH OF FLAGLER STREET, TO NORTH OF SW 8TH ST | | | | | | 180 High 85 | | Commercial 5 % | |
| FROM EAST OF SW 57TH AVENUE, TO WEST OF SW LE JEUNE RD | | | | | | 145 Pred 55 | | Other 5 % | |

Neighborhood Description SEE ADDENDUM

Market Conditions (including support for the above conclusions) SEE ADDENDUM

**SITE**

| Dimensions 57 X 103 | Area 5,871 SF | Shape RECTANGULAR | View OTHER HOUSES |
|---|---|---|---|

Specific Zoning Classification R-1   Zoning Description SINGLE FAMILY RESIDENTIAL
Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No   If No, describe

| Utilities | Public Other (describe) | | Public Other (describe) | | Off-site Improvements—Type | Public Private |
|---|---|---|---|---|---|---|
| Electricity | [X] | Water | [X] | Street ASPHALT | [X] |
| Gas | | Sanitary Sewer | [X] | Alley ASPHALT | [X] |

FEMA Special Flood Hazard Area  [ ] Yes  [X] No   FEMA Flood Zone 0294L   FEMA Map # 0294L   FEMA Map Date 09/11/2009
Are the utilities and off-site improvements typical for the market area?  [X] Yes  [ ] No   If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  [X] Yes  [ ] No   If Yes, describe
EXTERNAL OBSOLESCENCE , BECAUSE SUBJECT PROPERTY BACKS A HIGH-RISE CONDOMINIUM AND THE EFFECT OF ROAD NOISE AND TRAFFIC.

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls CB PIERS/AVG | Floors TILE/AVG |
| # of Stories ONE | [ ] Full Basement [ ] Partial Basement | Exterior Walls CB STUCCO/AVG | Walls DRYWALL/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area N/A sq ft | Roof Surface SHINGLE/AVG | Trim/Finish WOOD/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish N/A % | Gutters & Downspouts ALUMINUM/AVG | Bath Floor TILE/AVG |
| Design (Style) RANCH | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type SING HUNG/AVG | Bath Wainscot TILE/AVG |
| Year Built 1944 | Evidence of [ ] Infestation | Storm Sash/Insulated AVERAGE | Car Storage [ ] None |
| Effective Age (Yrs) 35 | [ ] Dampness [ ] Settlement | Screens YES/AVG | [ ] Driveway # of Cars TWO |

| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities | [ ] WoodStove(s) # | Driveway Surface CONCRETE |
|---|---|---|---|---|---|
| [ ] Drop Stair | [ ] Stairs | [ ] Other   Fuel ELECT | [ ] Fireplace(s) # | [ ] Fence | [ ] Garage No. of Cars |
| [ ] Floor | [X] Scuttle | Cooling [X] Central Air Conditioning | [ ] Patio/Deck | [ ] Porch | [ ] Carport No. of Cars |
| [ ] Finished | [ ] Heated | [ ] Individual [ ] Other | [ ] Pool | [ ] Other | [ ] Att. [ ] Det. [ ] Built-in |

Appliances  [X] Refrigerator  [X] Range/Oven  [ ] Dishwasher  [ ] Disposal  [ ] Microwave  [ ] Washer/Dryer  [ ] Other (describe)
Finished area above grade contains: 7 Rooms   3 Bedrooms   2 Bath(s)   1,386 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) NO SPECIAL ENERGY EFFICIENT ITEMS NOTED, ADDITIONAL FEATURES INCLUDE CEILING FANS, SMOKE DETECTORS, SPRINKLER SYSTEM.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.) SEE TEXT ADDENDUM

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  [ ] Yes  [X] No   If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  [X] Yes  [ ] No   If No, describe

PMR APPRAISALS INC

Powered By appraisal.com

Uniform Residential Appraisal Report    File # RM032812

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| There are | 24 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | | 125,000 | to $ | | 210,000 | |
| There are | 15 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | | 130,000 | to $ | | 185,000 | |
| Address | 5280 SW 7TH ST MIAMI | 4763 SW 5TH TER MIAMI, FL | | 4921 NW 4TH ST MIAMI, FL | | 5560 SW 7TH ST MIAMI, FL | |
| Proximity to Subject | | 0.45 MILES | | 0.75 MILES | | 0.10 MILES | |
| Sale Price | $ N/A | | 163,699 | | 156,500 | | 129,000 |
| Sale Price/Gross Liv. Area | $ 0 sq. ft. | $ 96.86 sq. ft. | | $ 104.61 sq. ft. | | $ 85.37 sq. ft. | |
| Data Source(s) | | PUBLIC RECORDS | | PUBLIC RECORDS | | PUBLIC RECORDS | |
| Verification Source(s) | | MLS # A1601379 | | MLS # A1532905 | | MLS # A1541478 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | CONV | | CASH | | CASH | |
| Concessions | | N/A | | N/A | | N/A | |
| Date of Sale/Time | | 03/26/12 | 0 | 02/28/12 | 0 | 02/10/12 | 0 |
| Location | SUBURBAN | SUBURBAN | 0 | SUBURBAN | 0 | SUBURBAN | 0 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5,871 SF | 5,250 SF | 0 | 9,035 SF | 0 | 5,200 SF | 0 |
| View | OTHER HOUSES | OTHER HOUSES | 0 | OTHER HOUSES | 0 | OTHER HOUSES | 0 |
| Design (Style) | RANCH/AVG | RANCH/AVG | 0 | RANCH/AVG | 0 | RANCH/AVG | 0 |
| Quality of Construction | CBS/AVG | CBS/AVG | | CBS/AVG | | CBS/AVG | |
| Actual Age | 68 YEARS | 88 YEARS | 0 | 66 YRS | 0 | 62 YEARS | 0 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | 0 |
| Above Grade | Total 7 Bdrms 3 Baths 2 | Total 5 Bdrms 2 Baths 2 | 0 | Total 7 Bdrms 3 Baths 2 | 0 | Total 7 Bdrms 3 Baths 2.5 | -2,000 |
| Room Count | | | | | | | |
| Gross Living Area | 1,386 sq. ft. | 1,690 sq. ft. | -9,120 | 1,496 sq. ft. | -3,300 | 1,511 sq. ft. | -3,750 |
| Basement & Finished | OFFICE/ADD/STRUC | N/A | 5,000 | N/A | 5,000 | GARCONV | 0 |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Heating/Cooling | CENTRAL H/A | CENTRAL H/A | 0 | CENTRAL H/A | 0 | CENTRAL H/A | 0 |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | NO GARAGE | NO GARAGE | 0 | 1 CAR GARAGE | -5,000 | NO GARAGE | 0 |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | PATIO | |
| | NO POOL | NO POOL | | NO POOL | | NO POOL | |
| Net Adjustment (Total) | | X + - | -4,120 | X + - | -3,300 | X + - | -5,750 |
| Adjusted Sale Price | | Net Adj -2.52 % | | Net Adj -2.11 % | | Net Adj -4.46 % | |
| of Comparables | | Gross Adj 8.63 % | 159,579 | Gross Adj 8.50 % | 153,200 | Gross Adj 4.46 % | 123,250 |

I X did    did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  did  X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) PUBLIC RECORDS
My research X did  did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) PUBLIC RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | 10/13/11 | N/A | N/A |
| Price of Prior Sale/Transfer | N/A | $ 142,100 | N/A | N/A |
| Data Source(s) | PUBLIC REC | CERTIFICATE OF TITLE | PUBLIC REC | PUBLIC REC |
| Effective Date of Data Source(s) | 03/27/12 | 03/27/12 | 03/27/12 | 03/27/12 |

Analysis of prior sale or transfer history of the subject property and comparable sales    NO SALES IN THE PAST 3 YRS

Summary of Sales Comparison Approach    ALL COMPARABLES ARE LOCATED WITHIN THE SAME GENERAL AREA AS THE SUBJECT PROPERTY. ALL COMPS ARE SIMILAR TO THE SUBJECT PROPERTY IN TERMS OF DESIGN AND APPEAL. COMPS 1,2,3 IND 4 WERE SOLD WITHIN THE LAST 45 DAYS FROM THE EFFECTIVE DATE OF THE APPRAISAL. MOST WEIGHT HAS BEEN GIVEN TO COMPS 3,4 AND 5 BECAUSE THEY HAVE IN LAWS QUARTERS OR ADDITIONAL STRUCTURE AS SUBJECT. ALL ADJUSTMENTS ARE WITHIN THE FNMA GUIDELINE OF 15 AND 25 PERCENT

Indicated Value by Sales Comparison Approach $ 148,000

Indicated Value by: Sales Comparison Approach $ 148,000 Cost Approach (if developed) $ 175,400 Income Approach (if developed) $ N/A
MARKET RANGE IS FROM $ 123,250 TO $ 159,579 WITH AN ESTIMATED MARKET VALUE OF $ 148,000 STRONGLY SUPPORTED BY THE COST APPROACH OF $ 175,400. NO WEIGHT GIVEN TO INCOME APPROACH

This appraisal is made  X "as is",  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 148,000 as of 03/27/12 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    Page 2 of 6    Fannie Mae Form 1004 March 2005

Uniform Residential Appraisal Report    File #    RM032812

APPRAISER PERFORMED A FULL INTERIOR / EXTERIOR INSPECTION .

USPAP COMPLIANCE : IN COMPLIANCE WITH THE ETHICS RULE OF USPAP, I HEREBY CERTIFY THAT THIS APPRAISER HAS NOT PERFORMED ANY SERVICES REGARDING THE SUBJECT PROPERTY WITHIN THE 36 MONTHS TIME PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THE ASSIGNMENT, AS AN APPRAISER OR IN ANY OTHER CAPACITY .

*ADDITIONAL COMMENTS*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    APPRAISER WAS UNABLE TO FIND ANY VACANT LAND SALES IN THE SUBJECT'S IMMEDIATE MARKETING AREA .LOT VALUE WAS YIELDED FROM ABSTRACT THE LOT VALUE FROM THE TOTAL SALES PRICE OF SIMILARLY IMPROVED LOTS .

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE .......................... = $ | | 70,000 |
| Source of cost data   MARSHALL AND SWIFT | Dwelling   1,386 Sq Ft @ 110 ........ = $ | | 152,460 |
| Quality rating from cost service   AVERAGE   Effective date of cost data   12/2011 | OF/A/S   352 Sq Ft @ 75 ........ = $ | | 26,400 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | 0 |
| GROSS LIVING AREA CALCULATIONS WERE BASED ON | Garage/Carport   Sq Ft @ ........ = $ | | 0 |
| EXTERIOR MEASUREMENTS MADE BY APPRAISER . | Total Estimate of Cost-New ........ = $ | | 178,860 |
| | Less   Physical   Functional   External | | |
| DEPRECIATION IS BY AGE/LIFE METHOD . | Depreciation   83,468.06 | = $ ( | 83,468.06 ) |
| | Depreciated Cost of Improvements ........ = $ | | 95,391.94 |
| | "As Is" Value of Site Improvements ........ = $ | | 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   40   Years | INDICATED VALUE BY COST APPROACH ...... = $ | | 175,400 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | |
|---|---|
| Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ | Indicated Value by Income Approach _____ |

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data Source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No   If Yes, date of conversion

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data Source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No   If No, describe status of completion

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options

Describe common elements and recreational facilities

Uniform Residential Appraisal Report                    File # RM032812

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Uniform Residential Appraisal Report      File #   RM032812

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Uniform Residential Appraisal Report    File #  RM032812

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.
2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.
3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.
4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.
5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Ruben Martinez | Name |
| Company Name  PMR APPRAISAL  INC | Company Name |
| Company Address  2901 SW 187TH TERRACE | Company Address |
| MIRAMAR                    FL.          33029 | |
| Telephone Number  305  244 1160 | Telephone Number |
| Email Address  RUBENAPPRAISER@AOL.COM | Email Address |
| Date of Signature and Report  03/28/12 | Date of Signature |
| Effective Date of Appraisal  03/27/12 | State Certification # |
| State Certification #  CERT RES RD 7194 | or State License # |
| or State License # | State |
| or Other (describe)              State # | Expiration Date of Certification or License |
| State   FL. | |
| Expiration Date of Certification or License  11/30/2012 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 5280 SW 7TH ST | ☐ Did inspect exterior of subject property from street |
| MIAMI                        FL.          33134 | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $              148,000 | ☐ Did inspect interior and exterior of subject property |
| LENDER/CLIENT | Date of Inspection |
| Name | COMPARABLE SALES |
| Company Name   PRIVATE | ☐ Did not inspect exterior of comparable sales from street |
| Company Address   5280 SW 7TH ST | ☐ Did inspect exterior of comparable sales from street |
| MIAMI                          FL.          33134 | Date of Inspection |
| Email Address | |

## SUPPLEMENTAL SALES 4 5 6 ADDENDUM

File # RM032812

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5280 SW 7TH ST MIAMI | 40 SW 57TH CT MIAMI, FL | | 5570 SW 7TH ST MIAMI, FL | | | |
| Proximity to Subject | | 0.55 MILES | | 0.11 MILES | | | |
| Sale Price | $ N/A | | 150,000 | | 163,000 | $ | |
| Sale Price/Gross Liv. Area | $ 0 sq. ft. | $ 93.75 sq. ft. | | $ 90.01 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | PUBLIC RECORDS | | PUBLIC RECORDS | | | |
| Verification Source(s) | | MLS # A1600061 | | MLS # M1495234 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | CASH | | CONV | | | |
| Concessions | | N/A | | N/A | | | |
| Date of Sale/Time | | 02/28/12 | 0 | 11/30/11 | 0 | | |
| Location | SUBURBAN | SUBURBAN | 0 | SUBURBAN | 0 | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 5,871 SF | 5,650 SF | 0 | 5,200 SF | 0 | | |
| View | OTHER HOUSES | OTHER HOUSES | 0 | OTHER HOUSES | 0 | | |
| Design (Style) | RANCH/AVG | RANCH/AVG | 0 | RANCH/AVG | 0 | | |
| Quality of Construction | CBS/AVG | CBS/AVG | 0 | CBS/AVG | 0 | | |
| Actual Age | 68 YEARS | 65 YRS | 0 | 62 YRS | 0 | | |
| Condition | AVERAGE | AVERAGE | 0 | AVERAGE | 0 | | |
| Above Grade | Total 7 Bdrms 3 Baths 2 | Total 7 Bdrms 3 Baths 2 | 0 | Total 7 Bdrms 3 Baths 3 | -4,000 | Total Bdrms Baths | |
| Room Count | | | | | | | |
| Gross Living Area | 1,386 sq. ft. | 1,600 sq. ft. | -6,420 | 1,811 sq. ft. | -12,750 | sq. ft. | |
| Basement & Finished | OFFICE/ADD/STRUCT | IN LAWS | 0 | IN LAWS | 0 | | |
| Rooms Below Grade | N/A | N/A | | N/A | | | |
| Functional Utility | STANDARD | STANDARD | 0 | STANDARD | 0 | | |
| Heating/Cooling | CENTRAL H/A | CENTRAL H/A | 0 | CENTRAL H/A | 0 | | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | | |
| Garage/Carport | NO GARAGE | NO GARAGE | 0 | NO GARAGE | 0 | | |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | | |
| | NO POOL | NO POOL | | NO POOL | | | |
| Net Adjustment (Total) | | [ ] + [X] - | -6,420 | [ ] + [X] - | $ -16,750 | [ ] + [ ] - | $ |
| Adjusted Sale Price | | Net Adj -4.28 % | | Net Adj -10.28 % | | Net Adj % | |
| of Comparables | | Gross Adj 4.28 % $ 143,580 | | Gross Adj 10.28 % $ 146,250 | | Gross Adj % $ | |

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | |
| Data Source(s) | PUBLIC REC | PUBLIC RECORDS | PUBLIC RECORDS | |
| Effective Date of Data Source(s) | 03/27/12 | 03/27/12 | 03/27/12 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach

*SALES COMPARISON APPROACH*

TEXT ADDENDUM                                    File No. RM032812

| | |
|---|---|
| Borrower: GARCIAS & LOPEZ | |
| Property Address: 5280 SW 7TH ST | |
| City: MIAMI                State: FL | County: MIAMI-DADE |
| Lender: PRIVATE | Zip Code: 33134 |

**Factors Affecting Marketability**
NO NEGATIVE FACTORS AFFECTING THE SUBJECT PROPERTY OR IMMEDIATE AREA. SUBJECT IS NEAR LARGER ROADS AND HIGHWAYS SUCH AS, SW 67TH AVENUE, SW 8TH STREET, SW 16TH STREET AND SW 72ND AVENUE. WHICH PROVIDE EASY ACCESS TO AMENITIES SUCH AS EMPLOYMENT EDUCATION AND SHOPPING. LOCATED IN A NEIGHBORHOOD OF AVERAGE CBS QUALITY CONSTRUCTION SINGLE FAMILY HOMES. EMPLOYMENT IS STABLE AND APPEAL TO MARKET IS FAVORABLE.

**Market Conditions**
CURRENT MARKET CONDITIONS ARE IN DECLINE. SUBJECT PROPERTY IS LOCATED IN AN AREA OF DECLINING VALUES, APPRAISER RESEARCHED SALES DATA FOR THE PAST 18 MONTHS. APPRAISER NOTED A STEADY DECLINE OF SALES PRICES. COST OF FINANCING IS RELATIVELY STABLE AND AT COMPETITIVE RATES. MOSTLY CONVENTIONAL FINANCING WITH SOME FHA FINANCING.

**Borrower**
GARCIAS, ELIAS & LOPEZ, DAMARIS
**Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).**
SUBJECT OWNER HAS PROPERLY MAINTAINED SUBJECT PROPERTY. NO PHYSICAL OF FUNCTIONAL OBSOLESCENCE NOTED AT THE TIME OF INSPECTION. NO VALUE GIVEN TO ANY PERSONAL PROPERTY OF FURNITURE. SUBJECT PROPERTY HAS AN ATTACHED 120 SF OF ADDITIONAL LIVING AREA, ADDITIONAL STRUCTURE HAS A FRAME EXTERIOR WALL AND FLAT ROOF THIS AREA DOES NOT APPEAR TO HAVE ADDED WITH PERMITS, THIS AREA IS NOT INCLUDED IN GLA AND THE FINAL DETERMINATION OF VALUE, PREVIOUS OWNER CONVERTED SUBJECT CARPORT INTO A OFFICE WITH ONE BATHROOM, FLOOR LEVEL OF THE CONVERTED CARPORT IS SLIGHTLY LOWER THAN THE FLOOR LEVEL OF THE SUBJECT PROPERTY. THIS AREA IS NOT INCLUDED IN LIVING AREA AND THE BATHROOM IS NOT INCLUDED IN THE MAIN ROOM COUNT OF THE SUBJECT.

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT/FHA/HUD. THE INTENDED USE IS TO EVALUATE  THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL. REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM. AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USER ARE IDENTIFIED BY APPRAISER.

**SKETCH ADDENDUM**

File No   RM032812

| | |
|---|---|
| Borrower      GARCIAS & LOPEZ | |
| Property Address   5280 SW 7TH ST | |
| City      MIAMI      County      MIAMI-DADE      State   FL      Zip Code   33134 | |
| Lender/Client      PRIVATE | |



Comments

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1386.00 | 1386.00 |
| OTH | COVD GARAGE | 232.00 | |
| | ADDITIONAL STRUCTURE | 120.00 | 352.00 |
| | | | |
| TOTAL LIVABLE     (rounded) | | | 1386 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 18.0   x   34.5 | | 621.00 |
| 21.0   x   33.0 | | 693.00 |
| 4.0   x   18.0 | | 72.00 |
| | | |
| 3 Calculations Total (rounded) | | 1386 |

PMR APPRAISALS  INC

SUBJECT PHOTOGRAPH ADDENDUM

RM032812

| Borrower | GARCIAS & LOPEZ | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5280 SW 7TH ST | | | | | | |
| City | MIAMI | | County | MIAMI-DADE | State | FL | Zip Code 33134 |
| Lender/Client | PRIVATE | | | | | | |



FRONT OF
SUBJECT PROPERTY



REAR OF
SUBJECT PROPERTY



STREET SCENE

PMR APPRAISALS INC

INTERIOR PHOTOGRAPH ADDENDUM

RM032812

| Borrower / Client | GARCIAS & LOPEZ | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5280 SW 7TH ST | | | | | | |
| City | MIAMI | County | MIAMI-DADE | State | FL | Zip Code | 33134 |
| Lender/Client | PRIVATE | | | | | | |



KITCHEN



LIVING



BATHROOM

PMR APPRAISALS INC

## COMPARABLES PHOTOGRAPH ADDENDUM

RM032812

| | |
|---|---|
| Borrower | GARCIAS & LOPEZ |
| Property Address | 5280 SW 7TH ST |
| City | MIAMI |
| County | MIAMI-DADE |
| State | FL |
| Zip Code | 33134 |
| Lender/Client | PRIVATE |



**COMPARABLE SALE # 1**
4763 SW 5TH TER

MIAMI, FL

| | |
|---|---|
| Date of Sale | 03/26/12 |
| Sale Price | 163,699 |
| Sq. Ft. | 1,690 |
| $ / Sq. Ft. | 96.86 |



**COMPARABLE SALE # 2**
4921 NW 4TH ST

MIAMI, FL

| | |
|---|---|
| Date of Sale | 02/28/12 |
| Sale Price | 156,500 |
| Sq. Ft. | 1,496 |
| $ / Sq. Ft. | 104.61 |



**COMPARABLE SALE # 3**
5560 SW 7TH ST

MIAMI, FL

| | |
|---|---|
| Date of Sale | 02/10/12 |
| Sale Price | 129,000 |
| Sq. Ft. | 1,511 |
| $ / Sq. Ft. | 85.37 |

## COMPARABLES 4 5 6 PHOTOGRAPH ADDENDUM

RM032812

| | |
|---|---|
| Borrower | GARCIAS & LOPEZ |
| Property Address | 5280 SW 7TH ST |
| City | MIAMI |
| Lender/Client | PRIVATE |

County  MIAMI-DADE    State  FL    Zip Code  33134



**COMPARABLE SALE # 4**
40 SW 57TH CT

MIAMI, FL

| | |
|---|---|
| Date of Sale | 02/28/12 |
| Sale Price | 150,000 |
| Sq. Ft. | 1,600 |
| $ / Sq. Ft. | 93.75 |



**COMPARABLE SALE # 5**
5570 SW 7TH ST

MIAMI, FL

| | |
|---|---|
| Date of Sale | 11/30/11 |
| Sale Price | 163,000 |
| Sq. Ft. | 1,811 |
| $ / Sq. Ft. | 90.01 |

**COMPARABLE SALE # 6**

| | |
|---|---|
| Date of Sale | |
| Sale Price | |
| Sq. Ft. | |
| $ / Sq. Ft. | |

PMR APPRAISALS INC

## LOCATION MAP ADDENDUM

RM032812

| | | | | |
|---|---|---|---|---|
| Borrower | GARCIAS & LOPEZ | | | |
| Property Address | 5280 SW 7TH ST | | | |
| City | MIAMI | County MIAMI-DADE | State FL | Zip Code 33134 |
| Lender/Client | PRIVATE | | | |



© 2004 ESRI, GDT

0.3

## COMPARABLE SALES INFORMATION

| COMPARABLE SALE #1 | | | COMPARABLE SALE #6 | | |
|---|---|---|---|---|---|
| Address | 4763 SW 5TH TER | | Address | | |
| Date of Sale 03/26/12 | Sale Price | 163,699 | Date of Sale | Sale Price | |
| Room Count - Total 5 | Bedrooms 2 | Baths 2 | Room Count - Total | Bedrooms | Baths |
| Gross Living Area | 1,690 | | Gross Living Area | | |
| Proximity to Subject 0.45 MILES | | | Proximity to Subject | | |
| COMPARABLE SALE #2 | | | COMPARABLE SALE #7 | | |
| Address 4921 NW 4TH ST | | | Address | | |
| Date of Sale 02/28/12 | Sale Price | 156,500 | Date of Sale | Sale Price | |
| Room Count - Total 7 | Bedrooms 3 | Baths 2 | Room Count - Total | Bedrooms | Baths |
| Gross Living Area | 1,496 | | Gross Living Area | | |
| Proximity to Subject 0.75 MILES | | | Proximity to Subject | | |
| COMPARABLE SALE #3 | | | COMPARABLE SALE #8 | | |
| Address 5560 SW 7TH ST | | | Address | | |
| Date of Sale 02/10/12 | Sale Price | 129,000 | Date of Sale | Sale Price | |
| Room Count - Total 7 | Bedrooms 3 | Baths 2.5 | Room Count - Total | Bedrooms | Baths |
| Gross Living Area | 1,511 | | Gross Living Area | | |
| Proximity to Subject 0.10 MILES | | | Proximity to Subject | | |
| COMPARABLE SALE #4 | | | COMPARABLE SALE #9 | | |
| Address 40 SW 57TH CT | | | Address | | |
| Date of Sale 02/28/12 | Sale Price | 150,000 | Date of Sale | Sale Price | |
| Room Count - Total 7 | Bedrooms 3 | Baths 2 | Room Count - Total | Bedrooms | Baths |
| Gross Living Area | 1,600 | | Gross Living Area | | |
| Proximity to Subject 0.55 MILES | | | Proximity to Subject | | |
| COMPARABLE SALE #5 | | | | | |
| Address 5570 SW 7TH ST | | | | | |
| Date of Sale 11/30/11 | Sales Price | 163,000 | | | |
| Room Count - Total 7 | Bedrooms 3 | Baths 3 | | | |
| Gross Living Area | 1,811 | | | | |
| Proximity to Subject 0.11 MILES | | | | | |

## FLOOD MAP

RM032812

| Borrower/Client | GARCIAS & LOPEZ | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Property Address | 5280 SW 7TH ST | | | | | |
| City | MIAMI | County | MIAMI-DADE | State | FL | Zip Code | 33134 |
| Lender/Client | PRIVATE | | | | | |

**SFHA (Flood Zone)**
Out

**Is the property within 250 feet of multiple Flood Zones? ***
No

| Community | Community Name | Zone | Panel | Panel Date |
| --- | --- | --- | --- | --- |
| 120650 | MIAMI, CITY OF | X | 0294L | 09/11/2009 |

| FIPS Code | Census Tract |
| --- | --- |
| 12086 | 58.01 |



**FloodMap Legend**

Flood Zones

Areas inundated by 100 year flooding

Areas outside of the 100- and 500-year flood areas

Areas inundated by 100 year flooding

Areas inundated by 100 year flooding with velocity hazard

Floodway areas

Floodway areas with velocity hazard

Areas of undetermined but possible flood hazards

Areas not mapped on any published FIRM

** Determinations for properties within 250 feet of a flood zone may require additional research.

PMR APPRAISALS INC

## AERIAL MAP ADDENDUM

RM032812

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | GARCIAS & LOPEZ | | | | | |
| Property Address | 5280 SW 7TH ST | | | | | |
| City | MIAMI | County | MIAMI-DADE | State | FL | Zip Code 33134 |
| Lender/Client | PRIVATE | | | | | |



## ADDITIONAL ATTACHMENT

RM032812

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | GARCIAS & LOPEZ | | | | | | |
| Property Address | 5280 SW 7TH ST | | | | | | |
| City | MIAMI | County | MIAMI-DADE | State | FL | Zip Code | 33134 |
| Lender/Client | PRIVATE | | | | | | |

NAVIGATORS INSURANCE COMPANY

THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD

PLEASE READ THIS POLICY CAREFULLY.

REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY

DECLARATIONS

POLICY NUMBER                    RENEWAL OF

1. NAMED INSURED:

2. ADDRESS:

3. POLICY PERIOD:    FROM            TO

4. LIMITS OF LIABILITY:
   A.      Damages
   B.      Claim Expenses
   C.      Damages
   D.      Claim Expenses

5. DEDUCTIBLE:

6. PREMIUM $

7. RETROACTIVE DATE

8. FORMS ATTACHED:

PROGRAM ADMINISTRATOR:

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.

STATE OF FLORIDA

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA REAL ESTATE APPRAISAL BD                    SEQ#

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 11/16/2010 | 100159219 | RD7194 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration Date: NOV 30, 2012

MARTINEZ, RUBEN DAVID
2201 SW 187TH TERACE
MIRAMAR            FL 33029

PMR APPRAISALS INC