**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
SECOND AMENDED PLAN

DEBTOR: Elias Garcia          JOINT DEBTOR: Damaris Lopez          CASE NO.: 13-25511-AJC
Last Four Digits of SS# 5995          Last Four Digits of SS# 5993

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $1,200.00 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00 +$775.00 (Motion to Value)=$4,400.00 TOTAL PAID $2,500.00
          Balance Due    $1,925.00 payable $192.50 /month (Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Lee County Tax Collector          Payoff on Petition Date $137.67 @ 18% interest=$209.75
Address: POB 398                    Payment    $20.98 /month (Months 1 to 10 )
         Fort Myers, FL 33902
Account No: 12-006741  (2011 Tax Year)

2. Mathon Investments                Payoff on Petition Date $ 246.43 @18% interest=$375.46
Address: 8770 Sunset Drive, #531     Payment    $37.55 /month (Months 1 to 10 )
         Miami, FL 33173
Account No: 10-006536 (Taxes 2009)

3. Lee County                        Payoff on Petition Date $ 100.28 @ 18% interest=$152.79
Address: POB 398                     Payment    $15.28/month (Months 1 to 10 )
         Fort Myers, FL 33902
Account No: 13-006246 (Taxes 2012)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank | Homestead: 5280 SW 7th Street Miami, FL 33134 $150,000.00 | 0% | $0.00 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. NONE                Total Due $
              Payable          $_____/month (Months____ to ___) Regular Payment $

Unsecured Creditors: Pay $813.69 /month (Months 1 to 10 ); Pay $1,080.00 /month (Months 11 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are paying CitiMortgage, Inc., and Hitachi directly outside the plan. Ally is being paid directly outside the plan by debtor's brother. The debtors surrender and abandon any and all interest in the property located at 5290 SW 7th Street, Miami, FL 33134 financed by Chase. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Debtor                                      Joint Debtor
Date: 11/26/13                              Date: 11/26/13

LF-31 (rev. 01/08/10)