UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-25511

Elias Garcia and
Damaris Lopez
    Debtor

_____/

MOTION TO REDIRECT (Lee County Tax Collector)
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Motion to Redirect and states as follows

1) The plan provides for payment of $100.28 @ 18% to Lee County Tax Collector

2) The Trustee has paid Lee County Tax Collector a total of $83.26

3) Lee County Tax Collector has not filed a proof of claim

4) Lee County Tax Collector has refused further payments stating that they are paid in full.

WHEREFORE, the Trustee requests that this Court enter an order allowing the Trustee to redirect payments from Lee County Tax Collector to other creditors.

I hereby certify that a true and correct copy of the foregoing and the Notice of Hearing issued by ECF was served through US Mail to **Larry D Hart, Tax Collector**, Lee County Tax Collector, PO Box 850, Fort Myers, FL 33902-0850; **Lee County Tax Collector**, PO Box 630, Fort Myers, FL 33902-0630, and **Richard Wesch, Esq**, Lee County Attorney, P.O. Box 398, Fort Myers, FL 33902 on

        Submitted by
        NANCY K NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE

        AMY E. CARRINGTON, ESQUIRE
        FLORIDA BAR NO: 0101877
        P.O. BOX 279806
        MIRAMAR, FL 33027
        (954) 443-4402

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027-9806
(954) 443-4402
Facsimile: (954) 443-4452

CASE NAME: ELIAS GARCIA and DAMARIS LOPEZ
CASE NUMBER: 13-25511
CHECK NUMBER: 338174
AMOUNT: 27.93

Your payment has received special handling in our office. Please see the reason checked below. To prevent delays in processing payments made to this office, please be sure to include your Chapter 13 case number(s).

____ YOUR PAYMENT WAS RECEIVED AND PROCESSED.   ✓ YOUR PAYMENT IS BEING RETURNED.

____ Your payment is not being returned at this time, but to ensure that your payment is properly credited to your account, please make certain that your case number and name is listed on the payment so we are able to identify the Chapter 13 case this payment should be credited to.

____ The address on your payment does not match the address on your Chapter 13 case. Please immediately contact your attorney so that they can file a Notice of Change of Address with the court.

____ Your payment was received unsigned. Please sign and return.

____ Your payment is not payable to the Chapter 13 Trustee. Please make all plan payments payable to "NANCY K. NEIDICH, Standing Chapter 13 Trustee" and include the case number(s) and name(s) as filed.

____ We are unable to identify the Chapter 13 case this should be credited to. Please provide the Chapter 13 case number(s) and names(s) as filed.

____ Commencing May 1, 2003, all plan payments must be mailed to a lock box at: Nancy K. Neidich, Chapter 13 Trustee, Post Office Box 2099, Memphis, TN 38101-2099.

____ This case has been dismissed, paid out, or converted.

____ Your plan payments must be made by cashier's check, money order, or certified funds.

____ We are prohibited from accepting cash in this office.

____ Your payment has been returned by the bank. We will NOT redeposit. You must replace this payment with a cashier's check, money order, or certified funds. ALL future payments must be made by cashier's check, money order, or certified funds. Please send a stamped, self-addressed envelope if you want your returned check sent to you.

____ The enclosed was misdelivered by the post office and processed in error. Please accept our apology.

____ Payment was damaged by Post Office. Please re-issue

✓ Other __Please provide reason for returning funds. O/P - Overpayment__

Sincerely,

SCARLETT   6-19-14
Cash Post    Date

TO: 5280 SW 7TH STREET
MIAMI, FL
33134

Sent to:

LEE COUNTY TAX COLLECTOR
PO BOX 850
FORT MYERS, FLORIDA 33902-0850

Chk No:  Acct No:  Amount:  TransactionID: 4 Seq No: 23 Deposit ID: 757

| NANCY K NEIDICH | May 30, 2014 | Check No. 338174 | |
|---|---|---|---|
| Document No. | Posting Description | | Amount |
| 555771 | 354913-2 TAX O/P CASE# 1325511 CERT 13-006246 Garcia Elias/Lopez Damaris | | 27.93 |
| | | Total | 27.93 |

REORDER 901 - U.S. PATENT NO. 5538290, 5875505, 5641183, 5755353, 5954364, 6030000

Chk No:  Acct No:  Amount:  TransactionID: 4 Seq No: 22 Deposit ID: 757