UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Elias Garcia                            Case No. 13-25511-AJC
       and
    Damaris Lopez
       Debtors.                       Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 28, 2013 the instant case was filed.

2. On December 26, 2013 debtor's Second Amended Chapter 13 plan was confirmed.

3. In debtors' confirmed plan, the debtors surrendered and abandoned their interest in a non homestead property located at 5290 SW 7th Street, Miami, FL 33144 financed by Chase.

4. Debtors desire to modify their plan in order to participate in the MMM program to maintain said property.

5. Debtors wish to modify their plan to provide MMM payments to the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
     Robert Sanchez, Esq., FBN#0442161