UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Elias Garcia                              Case No. 13-25511-AJC
       and
    Damaris Lopez
        Debtors.                          Chapter 13
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Attorney-Represented Debtor's Verified Ex-Parte Motion for Referral to Mortgage Modification Mediation and Notice of Hearing was sent to all interested parties on January 30, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Elias Garcia and Damaris Lopez
5280 SW 7th Street
Miami, FL 33134

Select Portfolio Servicing, Inc. servicer of U.S. Bank on this mortgage
Timothy J. O'Brien, CEO, 3815 S. West Temple, Salt Lake City, UT 84115

Select Portfolio Servicing, Inc. servicer of U.S. Bank on this mortgage
Corporation Service Company, R.A.
1201 Hays Street, Tallahassee, FL 32301

U.S. Bank National Association
700 Kansas Lane, MC 8000
Monroe, LA 71203

U.S. Bank National Association,
c/o SHD Legal Group, P.A.,
POB 11438
Ft. Lauderdale, FL 33339

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*
        Robert Sanchez, Esq., FBN#0442161