UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:   CASE NO.: 13-BK-25511-AJC

ELIAS E. GARCIA   CHAPTER: 13
*aka* Elias Garcia *and*
DAMARIS LOPEZ


     Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-AR5**, and hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

Property Address: 5290 SW 7th Street, Miami, FL 33134

Last Four Digits of Loan Number: 4995

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

☐ Christopher A. Ewbank, Esq.
☒ Jeffrey S. Fraser, Esq.
☐ Annessa S. Kalloo, Esq.
☐ Scott C. Lewis, Esq.
☐ Rubina K. Shaldjian, Esq.

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743

Facsimile: (813) 221-9171
bkfl@albertlilaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2015, I served a copy of the foregoing upon:

**SERVICE LIST**

Elias E. Garcia
5280 SW 7th Street
Miami, FL 33134

Damaris Lopez
5280 SW 7th Street
Miami, FL 33134

Robert Sanchez
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

Office of the US Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130

/s/ Jeffrey S. Fraser, Esq.
☒    Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile:    (813) 221-9171
bkfl@albertlilaw.com