UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Elias Garcia and Damaris Lopez                           Case No. 13-25511-AJC
    Debtors                                                           Chapter 13
_____/

### NOTICE OF FILING OF DEBTORS' TRIAL PERIOD AGREEMENT

**COMES NOW,** undersigned counsel and files this Notice of Filing of Debtor's Trial Period Agreement.

**I HEREBY CERTIFY,** that a copy of this Notice of Filing of Debtors' Trial Period Agreement has been sent this 8th day of October, 2015 via CM/ECF to: Nancy N. Neidich, Trustee.

          **ROBERT SANCHEZ, P.A.**
          355 West 49th Street
          Hialeah, FL  33012
          Tel. 305-687-8008

          By:/s/ Robert Sanchez_____
             Robert Sanchez, Esq., FBN#0442161