

ORDERED in the Southern District of Florida on October 8, 2015.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Elias Garcia                                Case No. 13-25511-AJC
        and                                        Chapter 13
    Damaris Lopez

Debtor(s)/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH SELECT PORTFOLIO SERVICING**

This matter came before the Court:

☒     On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing ("Lender").

☐     For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor's plan provides for payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).