UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Elias Garcia                            Case No. 13-25511-AJC
       and
    Damaris Lopez
        Debtors.                       Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 28, 2013 the instant case was filed.

2. On December 26, 2013 debtor's Second Amended Chapter 13 plan was confirmed.

3. On February 26, 2015, the Court granted the MMM process to begin on their non-homestead property located at 5290 SW 7th Street, Miami, FL 33144 financed by Creditor U.S. Bank / Select Portfolio Servicing, Inc.

4. On or about December 29, 2015, the Debtors obtained a final modification agreement with the lender.

5. Debtors wish to pay the modified monthly payment outside the bankruptcy and direct to the lender.

6. Debtors wish to modify their plan to remove the MMM payments to the Creditor and provide the final modification payments directly to the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtors
        355 W 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
           Robert Sanchez, Esq., FBN#0442161