UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

      Elias Garcia                Case No. 13-25511-AJC
        and
      Damaris Lopez
          Debtors.          Chapter 13
_____/

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Modify,

Notice of Hearing and First Modified Plan was sent via CM/ECF to Nancy Neidich,

Trustee, and U.S. Mail this 15th day of February, 2016 to all parties on the attached

service list and to U.S. BANK NA, Albertelli Law, Attn: Jeffrey S. Fraser, Esq., Attorney

for Secured Creditor, PO Box 23028, Tampa, FL 33623, U.S. Bank National Association,

700 Kansas Lane, MC 8000, Monroe, LA 71203 and U.S. Bank National Association, c/o

SHD Legal Group, P.A., POB 11438, Ft. Lauderdale, FL 33339 and Select Portfolio

Servicing, Inc., Timothy J. O'Brien, CEO, 3815 S. West Temple, Salt Lake City, UT

84115, Select Portfolio Servicing, Corporation Service Company, R.A. 1201 Hays Street,

Tallahassee, FL 32301.

                      Respectfully Submitted:

                      **ROBERT SANCHEZ, P.A.**
                      Attorney for Debtor
                      355 West 49th Street
                      Hialeah, FL 33012
                      Tel. 305-687-8008

                      By:*/s/ Robert Sanchez*_____
                        Robert Sanchez, Esq., FBN#0442161

Label Matrix for local noticing
113C-1
Case 13-25511-AJC
Southern District of Florida
Miami
Fri Jan 30 10:39:22 EST 2015

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2 Ave #1120
Miami, FL 33131-1605

Ally
POB 380902
Minneapolis, MN 55438-0902

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Ally Financial
P.O. Box 130424
Roseville, MN 55113-0004

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American InfoSource LP as agent for
DIRECTV, LLC
Mail Station N387
2230 E Imperial Hwy
El Segundo, CA 90245-3504

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Ashley Funding Services, LLC its successors
assigns as assignee of Syndicated
Office Systems, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank Of America
Po Box 1598
Norfolk, VA 23501-1598

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cach, Llc
4340 S Monaco St Unit 2
Denver, CO 80237-3408

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
Po Box 30273
Salt Lake City, UT 84130-0273

Central Finl Control
Po Box 66051
Anaheim, CA 92816-6051

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase
Po Box 24696
Columbus, OH 43224-0696

Chase
Po Box 293150
Lewisville, TX 75029-3150

CitiMortgage, Inc,
P.O. Box 6030
Sioux Falls, SD 57117-6030

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202-2120

Citifinancial Mortgage
Po Box 9438
Gaithersburg, MD 20898-9438

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

Coral Gables Hospital
P.O. Box 741215
Atlanta, GA 30384-1215

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Doctors Business Bur
202 N Federal Hwy
Lake Worth, FL 33460-3438

Gecrb/Brandsmart
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Brandsmart Platn
Po Box 981474
El Paso, TX 79998

Gecrb/City Furniture
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Dillards
Po Box 981400
El Paso, TX 79998-1400

Gecrb/Home Design
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Old Navy
Po Box 981400
El Paso, TX 79998-1400

Gecrb/Scag Power Eqpmn
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Syms
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Walmart
Po Box 981400
El Paso, TX 79998-1400

Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233-3331

Hitachi
21925 Network Place
Chicago, IL 60673-1219

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc/Nthrn
Po Box 5253
Carol Stream, IL 60197-5253

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

Lee County
POB 398
Fort Myers, FL 33902-0398

Mathon Investments
8770 Sunset Drive #531
Miami, FL 33173-3512

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Nco Fin/09
507 Prudential Rd
Horsham, PA 19044-2308

OAK HARBOR CAPITAL VII, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Office Dep
Po Box 6497
Sioux Falls, SD 57117-6497

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Option One Mortgage
11104 Menaul Blvd Ne
Albuquerque, NM 87112-2454

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Radio/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Rshk/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012-8110

Target Nb
Po Box 673
Minneapolis, MN 55440-0673

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Visdshb
9111 Duke Blvd
Mason, OH 45040-8999

Wachr1
Po Box 3117
Winston Salem, NC 27102-3117


Wells Fargo Bank
711 W Broadway Rd
Tempe, AZ 85282-1218

Wells Fargo Bank Na
1 Home Campus
MAC# X2303-01A
Des Moines IA 50328-0001

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557


Wffnatbank
Po Box 94498
Las Vegas, NV 89193-4498

Wfnnb/Newport News
995 W 122nd Ave
Westminster, CO 80234-3417

Wfnnb/Victorias Secret
Po Box 182789
Columbus, OH 43218-2789


World Omni Finance
31120 Rider Trl S
Earth City, MO 63045

Damaris Lopez
5280 SW 7th Street
Miami, FL 33134-1172

Elias Garcia
5280 SW 7th Street
Miami, FL 33134-1172


Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

Robert Sanchez Esq
355 W 49 St.
Hialeah, FL 33012-3715


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance
Po Box 1027
Alpharetta, GA 30009

Bank Of America
Po Box 982238
El Paso, TX 79998

(d)Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410


Cap One
Po Box 85520
Richmond, VA 23285

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

(d)Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

End of Label Matrix
Mailable recipients    73
Bypassed recipients     2
Total                  75